UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re | Case No.: 24-12053 |
| Robert Mann | Chapter 13 |
| Debtor | |

## NOTICE OF INTENDED PRIVATE SALE OF PROPERTY, SOLICITATION OF COUNTEROFFERS, DEADLINE FOR SUBMITTING OBJECTIONS AND HIGHER BIDS AND HEARING DATE

**April 25, 2025 or After Court Approval**   IS THE DATE OF THE PROPOSED SALE

**March 31, 2025 by 4:30 P.M.**   IS THE DATE BY WHICH OBJECTIONS OR COUNTERFFERS MUST BE MADE

**NOTICE IS HEREBY GIVEN,** pursuant to 11 U.S.C. § 363, Fed. R. Bankr. P. 2002(a)(2) and 6004, and MLBR 2002-5 and 6004-1, that the Debtor intends to sell at private sale, the debtor's right, title and interest in certain property of the estate.

**PROPERTY TO BE SOLD:** 119 Holyoke Street, Lynn, Massachusetts

**THE OFFER:** The Debtor has received an offer to purchase the property for the sum of $575,000.00.

**THE PROPOSED BUYER:** The proposed Buyer is Miroglu Yusuf Dogan. The relationship of the proposed Buyer to the Debtor is: **None**.

**THE SALE DATE:** The sale shall take place on or before April 25, 2025, or reasonably thereafter. The proposed Buyer paid a deposit in the sum of $1,000.00 with the Offer to Purchase and a deposit in the sum of $10,000.00 with the Purchase and Sales Agreement. The terms of the proposed sale are more particularly described in a Motion for Order Authorizing and Approving Private Sale of Property of the Estate (the "Motion to Approve Sale") filed with the Court on February 21, 2025, and a written Purchase and Sale Agreement dated January 31, 2025. The Motion to Approve Sale and the Purchase and Sale agreement are available at no charge upon request from the undersigned.

**SALE FREE AND CLEAR OF LIENS:** The property 119 Holyoke Street, Lynn, Massachusetts will be sold free and clear of all liens, claims and encumbrances. Any perfected, enforceable valid lies shall attach to the proceeds of the sale according to priorities established under applicable law.

**COUNTEROFFERS OR OBJECTIONS:** Any objections to the sale and/or higher offers must be filed in writing with the Clerk, United States Bankruptcy Court at J.W. McCormack Post Office & Court House, 5 Post Office Square, Clerk's Office, Boston, MA 02109 on or before **MARCH 31, 2025 at 4:30 PM** (the "Objection Deadline"). A copy of any objection or higher offer also shall be served upon the undersigned. Any objection to the sale must state with particularity the grounds for the objection and why the intended sale should not be authorized. Any objection to the sale shall be governed by Fed. R. Bankr. P. 9014.

Through this Notice, higher offers for the Property are hereby solicited. Any higher offer must be accompanied by a cash deposit of $____2,000.00____ in the form of a certified or bank check made payable to the undersigned. Higher offers must be on the same terms and conditions provided in the Purchase and Sale Agreement, other than the purchase price.

**HEARING:** A telephonic hearing on the Motion to Approve Sale, objection or higher offers is scheduled to take place on **APRIL 3, 2025, at 10:00 AM** before the Honorable Janet E. Bostwick, United States Bankruptcy Judge. All participants and anyone else wishing to attend the hearing must do so by telephone and not in person. To appear telephonically, attendees must, no later than five minutes prior to the scheduled time of hearing, **dial (646) 828-7666, enter Meeting ID 161 151 6740 and Passcode 672832** when prompted. To facilitate informal discussions similar to those that occur just prior to in-person hearings, the Court urges the parties to confer briefly at least 48 hours prior to the scheduled hearing.

Any party who has filed an objection or higher offer is expected to be present at the hearing, failing which the objection may be overruled or the higher offer stricken. The Court may take evidence at any hearing on approval of the sale to resolve issues of fact. If no objection to the Motion to Approve Sale or higher offer is timely filed, the Court, in its discretion, may cancel the scheduled hearing and approve the sale without a hearing.

At the hearing on the sale the Court may 1.) Consider any requests to strike a higher offer, 2.) Determine further terms and conditions of the sale, 3.) Determine the requirements for further competitive bidding, and 4.) Require one or more rounds of sealed or open bids from the original offeror and any other qualifying offeror.

**DEPOSIT:** The deposit will be forfeited to the estate if the successful purchaser fails to complete the sale by the date ordered by the Court. If the sale is not completed by the buyer approved by the Court, the Court, without further hearing, may approve the sale of the Property to the next highest bidder.

Any questions concerning the intended sale shall be addressed to the undersigned.

                                                Respectfully submitted,
                                                Through Counsel,

Dated: March 5, 2025

                                                *Thomas C. Benner, Esq*.

Benner Law, P.C.
33 Samoset Street
Plymouth, MA  02360
(508) 746-8030
tbenner@tbennerlaw.com
BBO# 655483