

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| In re: | Robert J. Mann | Ch. 13 |
| | | 24-12053-JEB |
| | Debtor | |

## Proceeding Memorandum and Order

**MATTER:**
#36 Motion filed by Debtor Robert J. Mann for Sale of Property free and clear of liens under Section 363(f) Re: 119 Holyoke Street, Lynn, Massachusetts

**Decision set forth more fully as follows:**
Hearing held on April 3, 2025. As more fully set forth on the record, the Debtor withdrew the Motion on the record.

Dated: 04/03/2025

By the Court,

Janet E. Bostwick
United States Bankruptcy Judge